UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

21-1173

UNITED STATES OF AMERICA )
) Mag. No.
) Violation No. 9453290
v. )
) Misdemeanor Class A VIOLATION
Mohammed S. Patwray )

Offense on a Federal Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day Adam Baker, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 28th day of July 2021, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of New Jersey, Mohammed S. Patwray, did at approximately 19:30 hours, at:

Gunnison Parking Lot

Knowingly possess a controlled dangerous substance, to wit: Marijuana in violation of 21 USC 844(a).

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_____
ADAM BAKER
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

7/14/21
DATE

_____
HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE